### Ewer *versus* John Beard and John B. Beard.

Two defendants in an action of *trespass* joined in their plea, and in the Court of Common Pleas judgment was given in favor of one and against the other. The plaintiff appealed from both judgments, and in this Court the judgment was in favor of both defendants. *Held,* that they were not entitled to several costs.

TRESPASS *quare clausum fregit.* The defendants pleaded jointly, and in the Court of Common Pleas a verdict was found in favor of one and against the other, and several judgments were rendered accordingly. The damages recovered by the plaintiff being small, he appealed from both judgments and entered into a recognizance in which he acknowledged himself severally indebted to the defendants to prosecute the appeal. On the trial in this Court the defendants joined in their defence, and a verdict and judgment was given in favor of both.

*July* 14th. And now *Rand*, for the defendants, claimed several costs, on the ground that the verdict and judgment in the court below was a severance of the two defendants. *Brown* v. *Stearns et al.*, 13 Mass. R. 536.

*Shaw*, *contrà*, cited *Mason* v. *Waite et al.*, 1 Pick. 452.

*July* 15th. *Per Curiam.* The appeal of the whole case vacated the judgment below. The cause was tried and determined as a joint action in this Court, and the defendants cannot be allowed several costs.[1]

---

[1] See *West* v. *Brock, post,* 303; *Griswold* v. *Sedgwick,* 3 Wendell, 326, Howe's Pract. 302.